# COMPLAINT

### (for non-prisoner filers without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

(Full name of plaintiff(s))

_Ani MarchevA_
_(EEOC)_

v.

(Full name of defendant(s))

_Schiller Park Police Dep._

U.S. DISTRICT COURT
EASTERN DISTRICT - WI
FILED
2026 MAY 20 P 4:29
CLERK OF COURT

Case Number:

**26-C 900** LUDWIG

(to be supplied by Clerk of Court)

A. PARTIES

1. Plaintiff is a citizen of _Illinois_ and resides at
   (State)

   _9633 Reeves ct, Franklin Park, IL 60131_
   (Address)

(If more than one plaintiff is filing, use another piece of paper.)

2. Defendant _Schiller Park Police Department_
   (Name)

Complaint – 1

is (if a person or private corporation) a citizen of ___II___

(State, if known)

and (if a person) resides at _____

(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for _Schiller Park Police Dep. / 9526 W. Irving Park Rd, Schiller Park_

(Employer's name and address, if known) _IL 60176_

(If you need to list more defendants, use another piece of paper.)

B.  STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

12 yRs TeRm pAy unpAiD
15 yRs child supporT unpaip
2022 - Now - zerm pay - town of
Schiller Park / Schiller Park Police Dep.
under Insiper-Threat / Sex Trade, Human
Trafficking, Cargo contra bAND, FOP #170
Fipelity BoND out of Compliance,
Shape-up, to comply, forcep to work-
wellbeing of child (15yR old), mayoR

Involved in Marijuana Production, misussing Schiller Park Police Dep. workforce + my ~~M~~ BADge LT#121 foR O'Hare International Airport Import-Export Cargo ContraBAND, ~~threat~~ Access + treated very poorly, isolated, forced financial Dependence, child-coersion, part of 1:15 law enforcement structure per court order/decree $2000.00 per month short. # EEOC violation exceeding $15,000,000.00 in compensation.

C.   JURISDICTION

☒   I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐   I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is
$ _____.

D.   RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

Compensation 12 yrs term pay, child support (15 yr old 15 yrs, payroll, pension, gov. contracting Bid Buy procurment Gov. Pritzker + Ex Mayor Carata, twisted Hands thru 22 yrs old daughter Sinue Feb. 2022 - Now, threaten Her wellbeing, part of Sex Trade (pills addiction infidility structure)! Avoided & mistreated By IL Dep. Central Managment Service Connected w/ my other JoB IDOT. Term pay liquidated in Sex Trade, Human trafficking, Cargo Contraband (50-70 Factories) Oklahoma Cleared By my Boss Luis Frores IDOT (Same zero pay) And my Schiller Park Police Dep. misused credentials, exceeding $15,000,000.00 Unpaid gov. pay + child support.

E.   JURY DEMAND

I want a jury to hear my case.

☐ – YES         ☒ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this ___20___ day of ___May___ 20_26_ .

Respectfully Submitted,

_Marchevf_
Signature of Plaintiff

_847- 264- 0849_
Plaintiff's Telephone Number

_missofficeR15spa@gmAil.com_
Plaintiff's Email Address

_9633 Reeves ct_

_Franklin Park, IL 60131_
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

☒   I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

☐   I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Complaint – 5